**UNITED STATES of America, Appellant, v. Minnie HAWKINS, in her own right and as Administratrix of Estate of Artie L. Shell, Appellee.**

**No. 8593.**

Circuit Court of Appeals, Sixth Circuit.

March 8, 1941.

James B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., and Richard N. Ivins, of Chattanooga, Tenn., for appellant.

T. H. Morris, of Johnson City, Tenn., and Milligan & Haynes, of Greeneville, Tenn., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Eastern District of Tennessee, and was argued by counsel.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed.

---

**Nathaniel L. ABERSON, and Celia M. Broder, Appellants, v. William KLINGELHUT, Klingelhut Siding Co., William C. Blossey and Jacob Greendal, Appellees.**

**No. 8931.**

Circuit Court of Appeals, Sixth Circuit.

April 10, 1941.

Barnes, Kisselle, Laughlin & Raisch, of Detroit, Mich., for appellants.

Swan, Frye & Hardesty, of Detroit, Mich., for appellees.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss the appeal has been filed by appellees, together with certificate of the clerk of the District Court as required by Rule 19; on consideration whereof, it is now ordered that the appeal be and the same is docketed and dismissed.

---

**Warren MacLaren APPLEGATE v. UNITED STATES of America.**

**No. 8828.**

Circuit Court of Appeals, Sixth Circuit.

April 18, 1941.

Hubert J. McCaffery, of Cleveland, Ohio, for appellant.

E. B. Freed, of Cleveland, Ohio, for the United States.

Before HICKS and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant, consented to by appellee, it is ordered that the appeal herein be and the same is dismissed.